(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) __Sandra J. White__
(Name of Plaintiff)    (Inmate Number)

__9008 GreenTop Rd   Lincoln, DE 19960__
(Complete Address with zip code)

__422-9337__

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

    Case Number: 06   008
    (to be assigned by U.S. District Court)

vs.

**CIVIL COMPLAINT**

(1) __Det Marzec__
(2) __Agent Tom Jacobs__
(3) __Agent Chris Quigliano__
(Names of Defendants)

☑ Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  **PREVIOUS LAWSUITS**

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   __N/A__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☐ Yes ☐ No  N/A

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☐ Yes ☐ No  N/A

C. If your answer to "B" is Yes:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Det Marzec
Employed as Police Officer at Town of Delmar
Mailing address with zip code: 400 South Pennsylvania Ave., Delmar Delaware/Maryland

(2) Name of second defendant: Agent Tom Jacobs 218175
Employed as DEA Agent at Drug Enforcement Agency
Mailing address with zip code: U.S. Dept of Justice 950 Pennsylvania Ave N.W Washington, D.C. 20580

(3) Name of third defendant: Agent Chris Quaglino
Employed as DEA Agent at Drug Enforcement Agency
Mailing address with zip code: U.S. Dept of Justice 950 Pennsylvania N.W. Washington, D.C. 20530

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 9-21-05, I was over my daughter's Tawanda Weatherspoon's house and I was approached by several men who didn't identify themselves as Police Officers

2. who pointed a loaded gun at me and made me stand ~~and patted me down~~ and handcuffed me, I wasn't under arrest for any crime or told I was under

3. arrest. Det Marzec and the other 2 named defendants are those officers. They executed a search warrant for Ellendale Delaware in Lincoln Delaware and I'm recovering from Major Surgery and this jeopardize my life & well being

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I seek Declaratory Judgment verify violation of 4th & 14 Amendment rights and Compesatory Relief in the amount of 500,000 per defendand for abuse and Mental Anguish I suffered

2. Needlessly, I seek Injunctive Relief preventing these officers from harming me in the future

3. The compesattion relief is because of the Emotional distress potential harm I have incurred All this was done at gun point

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of January, 2006.

_Sandra S. White_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4