OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 1, 2006

TO:   Sandra J. White
      9008 Greentop Road
      Lincoln, DE 19960

   RE:   U.S. Marshal 285 Forms
         *Civil Action #06-8(KAJ)*

Dear Mr. White:

   Please be advised that this office has received a 285 for Delaware Attorney General Jane Brady. Per the Order on 2/23/06 you need to submit a 285 for the **Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.**

   Enclosed please find your 285 for Jane Brady being returned and a blank 285 to be filled out for the **Attorney General of the United States.** Pleased submit your completed 285 form to the Clerk's Office.

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc:   The Honorable Kent A. Jordan
      285 Forms