IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA J. WHITE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-008-KAJ |
| v. | : | |
| | : | |
| DETECTIVE MARZEC, AGENT | : | |
| TOM JACOBS, and AGENT CHRIS | : | |
| QUAGLINO, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants

Marzec's, Jacobs's and Quaglino's Motion to Dismiss Or, In the Alternative, for Summary

Judgment, and all papers filed in support thereof and opposition thereto, it is ORDERED that

Plaintiff's Complaint is dismissed with prejudice.

_____
United States District Judge