IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SANDRA J. WHITE ]
 ]
    Plaintiff, ] C.A. No. 06-008-KAJ
 ]
v. ]
DETECTIVE MARZEC, in his ]
Official and individual capacity ]
AGENT TOM JACOBS,    and ]
AGENT CHRIS QUAGLINO, ]
 ]
    Defendants, ]



MEMORANDUM RESPONSE OF SANDRA J. WHITE

NOW Comes the plaintiff, Sandra J. White, pro se who so moves the honorable Court, with the following responses, and they go as follows;

(1). I do live and reside in the home that was illegally searched and seized, on 09-21-05, by the named defendants.

(a). I have lived there for a substantial period of time and do have man reasonable expectancy of privacy at the same property.

(2). My arrest, handcuffing and having guns pointed at me, should have never happen, because the named defendants, had no search wearrant for the premises that they were at.

(a). The search warrant was for Trailer in Ellendale, labeled the Sales/ Packaging Trailer, and it fit the description of the trailer in the Search warrant Totally in (a) color (b) design and (c) location which was Ellendale Delaware.

(3). The actions of defendants was malicious intented without care for plaintiff medical condition or rights of plaintiff and should have never happen to begin with.

(a). The defendant didn't act in good-faith nor as well trained and supervised policemen.

Respectfully, submitted

*Sandra J. White*
Sandra J. White

AFFIDAVIT OF _Steve Hickman_

COUNTY OF SUSSEX )
)
STATE OF DELAWARE)

I, _Steve Hickman_, after being duly SWORN and Subscribed, before a Notary Public for the State and County Aforesaid, did depose And say the following:

(1). Sandra J. White is my _Fiances Mother_

(2). I have know her for _13_ years.

(3). She resides with me and my kids at 9008 Greentop Rd, Lincoln Delaware.

(a). She was living at that residence prior to the illegal search and seizure on 09-21-05.

_Kathleen E. W...._          _Steve Hick_
Signature & Seal of Notary    Signature of affiant

AFFIDAVIT OF Tawanda Weatherspoon

COUNTY OF SUSSEX )
)
STATE OF DELAWARE)

I, Tawanda Weatherspoon, after being duly SWORN and Subscribed, before a Notary Public for the State and County Aforesaid, did depose And say the following:

(1). Sandra J. White is my ___Mother___

(2). I have know her for __Whole life__ years.

(3). She resides with me and my kids at 9008 Greentop Rd, Lincoln Delaware.

(a). She was living at that residence prior to the illegal search and seizure on 09-21-05.

_Kathleen E. Wells_
Signature & Seal of Notary

_Twanda Weatherspoon_
Signature of affiant

CERTTIFICATYE OF SERVICE

I, Sandra J. White, verify service of attached document Upon all parties listed below, and do the same with my signature, on this 22th Day of May, 2006, via U>S> Postal Service system.

Respectfully, submitted

Sandra J. White
9008 Green Top Rd
Lincoln DE
19960

Mr. Seth M. Beausang
Assistant U>S> Attorney
1007 Orange St. Suite 700
Wilmington, DE. 19801

Mr. Daniel A. Griffith
1220 Market St. 5th Floor
Wilmington, DE. 19801

Steve Hickman
9008 Green Top Rd
Lincoln DE 19960

