**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

June 12, 2006

Ms. Sandra J. White
9008 Greentop Road
Lincoln, DE  19960

Seth M. Beausang, Esq.
U.S. Attorney's Office
1007 Orange Street - #700
Wilmington, DE  19801

Re: Sandra J. White v. Detective Marzec, et al.
<u>Civil Action No. 06-008-KAJ</u>

Dear Ms. White and Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court