IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDRA J. WHITE ] | |
| ] | Civil Action No. 06-008-KAJ |
| Plaintiff, ] | |
| ] | |
| vs ] | |
| ] | |
| DETECTIVE MARZEC, in ] | |
| his Official and individual ] | |
| capacity, AGENT TOM ] | |
| JACOBS, and AGENT ] | |
| CHRIS QUAGLINO, TOWN] | |
| of DELMAR, ] | |



FILED
JUN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

po scanned

PLAINTIFF'S MOTION OF PERMISSIVE JOINER
OF OFFICER MARVIN MAILEY & CITY OF DOVER

NOW Comes the plaintiff, Sandra J. White, pro se, who so moves the Honorable Court, pursuant to Fed Rule Civil Pro. 20(a) with her Motion of Permissive Joiner, in support of the same the following is asserted;

[1]. The City of Dover is were Officer Marvin Mailey Is employed as a police officer.

   a. The City of Dover is responsible for his training, supervison and authorization of duties.

[2]. Officer Marvin Mailey, was present and participating In activities that Ms White, has complained of on 09-21-2005.

   a. Officer Marvin Mailey, was the Officer who first made contact, with plaintiff Sandra J. White.

   b. His approach was at gun point right in her face as well as he handcuffed her and patted her down.

   c. There were two(2) other women at that residence at that time and neither, were handcuffed or patted down and one Denise Hinton was right behind me.

[3]. Upon his [Officer Mailey's] first encounter with me I explained to I don't carry weapons or drugs and that I wasn't

White vs Marzec, et at., C.A. No. 06-008-KAJ

Well and had an Aneurysm and major surgery, very recently.
I had major surgery to repair the aneurysm on 12-26-04 and
skull replacement surgery on 05-16-05.

    a. He jokingly responded "Oh your sick huh" and then
he handcuffed me and patted me down, when no other female
suffered that fate.

    b. I suffered immediate effects [pain, aguish, mentally
and physically and a fluid problem in my head] which uttimately
led to hospitalization several month later. [04-24-06]

    The police as well as Officer Marvin Mailey, had no legal
Or lawful reason or purpose for being at the residence and my pain
And suffering and violation of my constitutional rights against
illegal search and seizure should have never occurred on 09-21-05.

    [4]. The City of Dover and Officer Marvin Mailey,,as a
matter of can and should be added as defendants, because (a) it
being asserted against them jointly, severally in regards to relief
sought by Sandra J. White (b) all claims are arising out of one
transaction as well as one occurrence and (c) any question of law
and all fact are common to all defendants and their respective
liabilities are the same.

Dated __th day of June 2006      Respectfully, submitted
                                                  Sandra J. White
                                                  9008 Green Top Rd
                                                  Lincoln, DE. 19960

    So Ordered this __th of _____ 2006, the City of Dover
And Officer Marvin Mailey, are now Defendants in this Civil Action
No. 06-008-KAJ. _____
        U.S. District Court Judge Keneth A. Jordan

    With my signature, I Sandra J. White, verify service of
Attached document upon Mr. Seth M. Beausang, Esq., Asst. U.S.
Attorney at 1007 Orange St. Suite 700, Wilmington, DE. 19801 &
Mr. Daniel A. Griffith,Esq., at 1220 Market St. 5th Floor, Wilmington,
DE. 19801, on this 22th day of June 2006

Sandra J. White
9005 Sweetop Rd
Lincoln DE 19860

WILMINGTON DE 197
22 JUN 2006 PM 3 T

Clerk
U.S. District Court
Locker 16
844 King's St
Wilmington DE

19801/3518