**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

| | |
|---|---|
| 1007 N.Orange Street, Suite 700 | (302) 573-6277 |
| P.O. Box 2046 | FAX (302) 573-6220 |
| Wilmington, Delaware 19899-2046 | TTY (302) 573- 6274 |
| | Toll Free (888) 293-8162 |

July 6, 2006

VIA E-FILING

The Honorable Kent A. Jordan
Lockbox 10
844 King Street
U.S. Courthouse
Wilmington, DE 19801

    Re:    White v. Marzec, No. 06-0008-KAJ (D. Del.)

Dear Judge Jordan:

    Enclosed is a proposed scheduling order that was agreed to by the parties in the above-referenced *Bivens* action. Defendants Ronald Marzec, Tom Jacobs and Chris Quaglino, the federal law enforcement officers, continue to respectfully request that all discovery in this case be stayed until the Court has an opportunity to rule on the Defendants' assertions of qualified immunity.

    I am available at the call of the Court to address any questions or concerns.

    Respectfully,

    COLM F. CONNOLLY
    United States Attorney

By:   /s/ Seth M. Beausang
    Seth M. Beausang (I.D. No. 4071)
    Assistant United States Attorney

cc:    Sandra White, pro se (by FedEx)

enclosure