IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANDRA J. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-008-KAJ |
| | ) | |
| DETECTIVE MARZEC, AGENT TOM JACOBS, and AGENT CHRIS QUAGLINO, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this **11th** day of **July, 2006**,

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **July 11, 2006 at 4:00 p.m.** is hereby cancelled; and the parties shall appear for a scheduling conference on **July 24, 2006 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE