IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVE HICKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 05-811-KAJ |
| | ) | CONSOLIDATED |
| DETECTIVE MARZEC, in his individual | ) | |
| and official capacity, DAVID HUME, IV, | ) | |
| TOWN OF DELMAR, DEPARTMENT OF | ) | |
| DRUG ENFORCEMENT, AGENT TOM | ) | |
| JACOBS, | ) | |
| | ) | |
| Defendants. | ) | |
| SANDRA J. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-008-KAJ |
| | ) | |
| DETECTIVE MARZEC, AGENT TOM | ) | |
| JACOBS, and AGENT CHRIS | ) | |
| QUAGLINO, | ) | |
| | ) | |
| Defendants. | ) | |
| TWANDA WEATHERSPOON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-009-KAJ |
| | ) | |
| DETECTIVE MARZEC, AGENT TOM | ) | |
| JACOBS, and AGENT CHRIS | ) | |
| QUAGLINO, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this **24th** day of **July, 2006**,

IT IS HEREBY ORDERED that:

1. C.A. Nos. 05-811 (KAJ), 06-08 (KAJ), and 06-09 (KAJ) are CONSOLIDATED for all purposes. Hereafter all papers shall be filed under C.A. No. 05-811 (KAJ).

2. Plaintiffs shall file any supplemental response to the pending motions to dismiss (D.I. 15 and 26 in C.A. No. 05-811; D.I. 14 in C.A. No. 06-08; and D.I. 14 in C.A. No. 06-09) on or before August 14, 2006.

3. Plaintiffs' motions for leave to amend to add Town of Delmar as a defendant (D.I. 20 in C.A. Nos. 06-08 and 06-09) are GRANTED.

_____
UNITED STATES DISTRICT JUDGE